IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff(s)**<br><br>v.<br><br>RICHARD MAS-GARCIA [1],<br><br>**Defendant(s)** | **CRIMINAL NO.** 07-235 (JAG) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is a Report and Recommendation issued by Magistrate Judge Marcos Lopez on November 28, 2007. (Docket No. 89). In the Report and Recommendation, the Magistrate Judge recommends that the Motion to Suppress filed by defendant Richard Mas-Garcia ("defendant") on September 17, 2007 (Docket No. 57) be denied.

Defendant did not file objections to the Magistrate Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed.R.Crim.P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).  Instead, the defendant filed a Motion for In Camera Interview of the Officer-Affiant and the Informant/Alternate Motion for Evidentiary Hearing. (Docket No. 90).  The Court denied said motion. (Docket No. 92).

After reviewing the record, the Court agrees with the arguments and legal conclusions within the Report and Recommendation.

Crim No.  07-235 (JAG)                                                    2

Therefore, the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation in its entirety and accordingly, DENIES defendant's Motion to Suppress.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of January 2008.

<u>S/Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge